# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Femi Joseph Daramola,                                    Case No. 24-cv-761 (KMM/DJF)

      Plaintiff,

v.                                                                              **ORDER**

Dungarvin Incorporated, Minnesota et al.,

      Defendant.

---

This matter is before the Court on Plaintiff Femi Joseph Daramola's self-styled Notice of Striking (ECF No. 8). The Court construes this filing as a notice to the Court that service has not yet been completed and a request for more time to properly serve Defendants. Mr. Daramola states that, although he filed Proof of Service documents indicating he personally served both Defendants at Dungarvin Incorporated's address in Mendota Heights, Minnesota (ECF No. 7), he now believes such service may not comply with the rules for service of process.

The Court notes that Mr. Daramola is a pro se litigant and finds good cause to grant an extension. To the extent Mr. Daramola seeks to strike the Proof of Service documents from the Court's docket, however, the Court denies the motion. Though Mr. Daramola should now take whatever steps he believes are necessary to properly serve both Defendants, he does not suggest the Proof of Service documents themselves are in any way inaccurate insofar as they reflect that he attempted to serve Defendants by delivering the Summonses to an individual at that location. That he did so may become relevant at some point in the future.

1

The Court therefore **GRANTS** the request in part and **DENIES** it in part, as follows:

1. The Court directs the Clerk of the Court to reissue the Summonses for each Defendant;

2. Pursuant to Fed. R. Civ. P. 4(m) and for good cause shown, the Court **GRANTS** Mr. Daramola's request for an extension of time. The deadline for Mr. Daramola to serve Defendants shall be **June 24, 2024**; and

3. To the extent Mr. Daramola seeks to strike ECF No. 7 from the Court's docket, his request is **DENIED**.

For more information regarding service of process and other procedures, the Court directs Mr. Daramola to the District's Pro Se Civil Guidebook: https://www.mnd.uscourts.gov/pro-se-civil-guidebook-and-information-sheets, and links to the Federal and Local Rules and other information to for pro se litigants: https://www.mnd.uscourts.gov/representing-yourself.

   **SO ORDERED**.

Dated: May 21, 2024                        *s/ Dulce J. Foster*_____
                                           Dulce J. Foster
                                           United States Magistrate Judge